# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NAOMI RUTH CHEE,

        Plaintiff,

v.                                                                                                 No. 16-CV-1105-CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court upon *Defendant's First Unopposed Motion for Extension of Time*, (Doc. 20), filed July 7, 2017. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Defendant shall file a Response to Plaintiff's Motion to Reverse or Remand on or before **August 9, 2017**; and

2. Plaintiff may file a Reply on or before **August 23, 2017**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE