# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NAOMI RUTH CHEE,

    Plaintiff,

v.                                          No. CV 16-1105 CG

NANCY A. BERRYHILL,
Acting Commissioner of the Social
Security Administration,

    Defendant.

## ORDER AWARDING ATTORNEY FEES PURSUANT TO
## THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act*, (Doc. 28), filed December 6, 2017, in which the parties stipulate to an award of $7,500 in attorney fees.

**IT IS THEREFORE ORDERED** that Plaintiff be awarded $7,500 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See Astrue v. Ratliff*, 560 U.S. 586, 591–93 (2010) (providing EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED** that if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b), Section 206(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE